```
Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| LIRA, CHRISTIAN STEVEN | ) CASE NO.2:22-bk-16011-WB |
| | ) |
| | ) **AMENDED** |
| | ) **NOTICE OF §341(a) MEETING** |
| | ) **OF CREDITORS** |
| | ) |
| | ) **Date:12/15/2022** |
| | ) **Time:10:00 AM** |
| | ) **Place: WILL BE CONDUCTED** |
| Debtor | ) **REMOTELY** |
| | ) |

In light of the current situations related to COVID-19 and in order to adhere to the social distancing guidelines, all §341(a) meetings of creditors commencing April 13, 2020 will be conducted remotely until further notice.

PLEASE TAKE NOTICE that the scheduled §341(a) meeting of creditors in the above-referenced matter will be conducted remotely at the same date and time as set forth above using the online video system Zoom in lieu of in-person at the location provided in the original Notice. Please refer to the instructions on the next page on how to access the meeting via Zoom.

Date: November 15, 2022                                         /s/ Nancy Curry

AMENDED NTC OF 341(A) MEETING

### INSTRUCTIONS ON HOW TO ACCESS ZOOM

If you have a headset with a microphone, such as the headphones you speak on your mobile phone with, please read the instructions below for "Accessing Zoom Online (with a Microphone)." If you *do not* have a headset with a microphone, please read "Accessing Zoom Online (without a Microphone)" below.

If you do not have a computer with Internet access, please read "Accessing Zoom via Telephone."

**Accessing Zoom Online (with a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/81041874891?pwd=ampEbi9LMkFWN0U1cjBVNXVzckkzQT09**
2. Install Zoom when prompted. If you <u>are not prompted</u> to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting.
4. If prompted, enter the following password: **325593**
5. Click "Join with Computer Audio." You are now in the meeting.

**Accessing Zoom Online (without a Microphone):**

1. Click on the following link:
**https://us06web.zoom.us/j/81041874891?pwd=ampEbi9LMkFWN0U1cjBVNXVzckkzQT09**
2. Install Zoom when prompted. If you <u>are not prompted</u> to install Zoom, click "Download and Install" as shown on the screen. Install the application.
3. After Zoom is installed, enter your name as listed on your driver's license/state-issued ID. Click "Join Meeting."
4. If prompted, enter the following password: **325593**
5. Click "Phone Call" in the box that appears. Click "Done."
6. On your phone, dial **(888) 788-0099**.
7. When prompted, enter the Meeting ID: **810 4187 4891**. Hit "# (pound)" twice when prompted. You are now in the meeting.

**Accessing Zoom via Telephone:**

1. Call toll-free **(888) 788-0099**.
2. When prompted, enter the following Meeting ID: **810 4187 4891**.
3. Hit "# (pound)" when prompted. Hit "# (pound)" again. You do not need to enter a Participant ID.

# PROOF OF SERVICE DOCUMENT

In Re:    LIRA, CHRISTIAN STEVEN

Case No. LA 2:22-bk-16011-WB

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described as **AMENDED NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On November 15, 2022
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On November 15, 2022, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| LIRA, CHRISTIAN STEVEN | TYSON TAKEUCHI |
| 5301 CIMARRON STREET | 1055 WILSHIRE BLVD., STE. 850 |
| LOS ANGELES, CA 90062 | LOS ANGELES, CA 90017- |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on November 15, 2022, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed  no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 15, 2022 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

```
Label Matrix for local noticing        ROYAL PACIFIC FUNDING CORPORATION        Los Angeles Division
0973-2                                 The Wolf Firm                            255 East Temple Street,
Case 2:22-bk-16011-WB                  1851 East 1st. Street                    Los Angeles, CA 90012-3332
Central District of California         Suite 100
Los Angeles                            Santa Ana, CA 92705-4036
Tue Nov 15 07:19:39 PST 2022

Capital One                            OPPLOANS/FINWISE                         Onemain
PO Box 30281                           130 E RANDOLPH ST STE 3400               Po Box 1010
Salt Lake City, UT 84130-0281          Chicago, IL 60601-6379                   Evansville, IN 47706-1010


Royal Pacific Funding                  United States Trustee (LA)               (p)UPGRADE  INC
4000 MacArthur Blvd FL7                915 Wilshire Blvd, Suite 1850            2 N CENTRAL AVE
Newport Beach, CA 92660-2544           Los Angeles, CA 90017-3560               10TH FLOOR
                                                                                PHOENIX AZ 85004-2322


Christian Steven Lira                  Nancy K Curry (TR)                       Tyson Takeuchi
5301 Cimarron Street                   1000 Wilshire Blvd., Suite 870           Law Offices of Tyson Takeuchi
Los Angeles, CA 90062-2146             Los Angeles, CA 90017-2466               1055 Wilshire Blvd
                                                                                Suite 850
                                                                                Los Angeles, CA 90017-2467
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
upgrade inc.                           End of Label Matrix
2 N Central Avenue FL 10               Mailable recipients    11
Phoenix, AZ 85004                      Bypassed recipients     0
                                       Total                  11
```